UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMASA Z. DERRING, | ) | |
| Petitioner, | ) | Case No. 1:04-cv-796 |
| v. | ) | Honorable Robert Holmes Bell |
| KENNETH McKEE, | ) | **JUDGMENT** |
| Respondent. | ) | |

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that petitioner's premature "Request for Certificate of Appealability" (docket # 44), liberally construed as petitioner's objections to the February 1, 2006 report and recommendation, are OVERRULED.

IT IS FURTHER ORDERED that the report and recommendation of the magistrate judge (docket # 39) be and hereby is ADOPTED as the opinion of the court.

IT IS FURTHER ORDERED AND ADJUDGED that the petition for habeas corpus relief is DENIED on its merits.

Date:   February 22, 2006              /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        CHIEF UNITED STATES DISTRICT JUDGE